*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

### Nathan COLODNEY, Petitioner,

v.

### DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent.

No. 2007–3013.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

Nathan Colodney, pro se.

## ORDER

Order Vacated, See 2006 WL 3913420.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.